# ELECTRONIC RECORD

COA #   03-13-00298-CR                    OFFENSE:   19.03

STYLE:   Dale Erwin Arldt v. The State of Texas                    COUNTY:   Bastrop

COA DISPOSITION:   AFFIRMED                    TRIAL COURT:   21st District Court

DATE: 08/28/14                    Publish: NO   TC CASE #:   14,823

## IN THE COURT OF CRIMINAL APPEALS

STYLE:   Dale Erwin Arldt v. The State of Texas

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 02/04/2015

JUDGE: Per Curiam

CCA #:   1351-14

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**